**Entered on Docket**
**December 08, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:
Manuel Merjil, Jr.
Tammy Merjil

Debtor(s)

BK 02-21983 BAM
Ch 13

Hearing Date: N/A
Hearing Time: N/A

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $535.03 constituting an unclaimed dividend is declared due to NCO Financial Systems Inc. c/o Dilks & Knopik.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

NCO Financial Systems Inc.
c/o Dilks & Knopik
PO Box 2728
Issaquah WA. 98027

###